# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

ANNA MARIE SWELEY,

        Plaintiff,

        vs.

Commissioner of Social Security,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-01262-GSA

ORDER GRANTING IN PART EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Defendant seeks a 60-day extension of time from January 19, 2026 to March 23, 2026 to file a cross-motion for summary judgment.  The cause for the request is competing deadlines, which is not particularly specific.

A 30-day extension seems more appropriate at this time.

Accordingly, Defendant's deadline to file a cross-motion for summary judgment is extended to and including February 18, 2026.

IT IS SO ORDERED.

Dated:  __January 14, 2026__               _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:25-cv-01262-GSA                    1