ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARIE SWELEY, <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 1:25-cv-01262-GSA <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant an opportunity for a hearing; reevaluate the prior administrative medical findings; reevaluate the residual functional capacity; obtain supplemental vocational expert evidence, as warranted; take any other action necessary to complete the administrative record; and issue a new decision. As this case was previously remanded to the same Administrative Law Judge, the

STIPULATION TO REMAND

Appeals Council will direct that, upon remand, this case be assigned to another Administrative Law Judge.

The parties request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  February 19, 2026        */s/ Francesco Benavides\**
                                 FRANCESCO BENAVIDES
                                 Attorney for Plaintiff
                                 *Authorized via e-mail on February 19, 2026

Dated: February 19, 2026         ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Social Security Administration

                          By:    /s/ *Erin Jurrens*
                                 ERIN JURRENS
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

### ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:  **February 19, 2026**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND