UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANNA MARIE SWELEY,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendants. | No.  1:25-cv-01262-GSA<br><br>**ORDER GRANTING EAJA FEES** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $9,019.21 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:    **March 4, 2026**             **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE

1